

# IN THE
# TENTH COURT OF APPEALS

### No. 10-13-00424-CV

## IN THE INTEREST OF A.K.A., A CHILD

**From the 74th District Court
McLennan County, Texas
Trial Court No. 2013-2340-3**

## ORDER

This appeal was referred to mediation on January 9, 2014. The parties were ordered to confer and attempt to agree upon a mediator. We have received notice that the parties have been unable to agree upon a mediator. Accordingly, the Court assigns R.B. Pool as the mediator for this proceeding. His address and contact number is as follows:

> 408 West Nash
> Terrell, Texas 75160
> (972) 524-7585

All other provisions of the order referring the appeal to mediation, dated January 9, 2014, remain in effect, including that the mediation must occur within thirty days

after the date of this Order assigning a mediator.


PER CURIAM


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Mediator assigned
Order issued and filed February 6, 2014